**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **JUDICIAL WATCH, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 11-1496 (RWR) |
| | ) | |
| **UNITED STATES AIR FORCE,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT REPORT**

Pursuant to the Court's Order, dated December 2, 2011, the parties, through undersigned counsel, have conferred and hereby jointly submit the following status report.

This case concerns a June 28, 2011 Freedom of Information Act request for records related to First Lady Michelle Obama's June 21-27, 2011 trip to South Africa. Plaintiff filed suit on August 19, 2011. On September 23, 2011, Defendant filed its Answer and also provided 19 pages of responsive documents directly to Plaintiff's counsel. On November 21, 2011, Defendant provided another page of responsive documents to Plaintiff's counsel, and represented that the search was complete and that Defendant had provided the responsive documents subject to FOIA.

The parties have tentatively agreed on a settlement, though final approval from the United States Air Force and the Department of Justice is still pending. Approval has been delayed in part due to the unavailability of individuals over the holidays. The parties hope to resolve this matter in the next month and propose that they will file a Joint Status Report updating the Court on the progress of the case on or before January 31, 2012.

A proposed order is attached.

Dated: December 21, 2011

Respectfully submitted,

/s/ Paul J. Orfanedes
D.C. Bar No. 429716

TONY WEST
Assistant Attorney General

/s/ Julie B. Axelrod
D.C. Bar No. 1001557
Judicial Watch, Inc.
425 Third Street, SW Suite 800
Washington, D.C. 20024
(202) 646-5172
porfanedes@judicialwatch.org
jaxelrod@judicialwatch.org

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Karen P. Seifert
KAREN P. SEIFERT
Trial Attorney (NY Bar)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Ph: (202) 305-0891
Fax: (202) 616-8474
karen.p.seifert@usdoj.gov

*Counsel for Plaintiff*

*Counsel for Defendant*