## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JUDICIAL WATCH, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.  11-1496 (RWR) |
| | ) | |
| **UNITED STATES AIR FORCE,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a settlement agreement between the parties, Plaintiff Judicial Watch, Inc. and Defendant United States Air Force hereby stipulate to this dismissal of this action with prejudice.

So stipulated and agreed this 18th day of January, 2012.

Respectfully submitted,

/s/ Paul J. Orfanedes
D.C. Bar No. 429716

TONY WEST
Assistant Attorney General

/s/ Julie B. Axelrod
D.C. Bar No. 1001557
Judicial Watch, Inc.
425 Third Street, SW Suite 800
Washington, D.C. 20024
(202) 646-5172
porfanedes@judicialwatch.org
jaxelrod@judicialwatch.org

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Karen P. Seifert
KAREN P. SEIFERT
Trial Attorney (NY Bar)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Ph: (202) 305-0891
Fax: (202) 616-8474
karen.p.seifert@usdoj.gov

*Counsel for Plaintiff*

*Counsel for Defendant*